

**EPSTEIN BECKER GREEN**

Attorneys at Law

Lori A. Medley
t 212.351.4926
f 212.878.8600
LMedley@ebglaw.com

May 17, 2018

<u>VIA ECF</u>

The Honorable Frederic Block, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:  *Esther Reizes v. Network Recovery Services, Inc.*
            Civil Action No. 1:17-cv-06292 (FB)(JO)

Dear Judge Block:

    We represent defendant Network Recovery Services, Inc. in the above matter. We write, with the consent of plaintiff, to advise the court that this matter has settled. The parties anticipate filing a Stipulation of Dismissal with Prejudice by the end of June 2018.

                                           Respectfully,

                                           Lori A. Medley

LAM:lam

    cc:    Adam J. Fishbein, Esq.
              James S. Frank, Esq.
              Alexander J. Franchilli, Esq.