UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESTHER REIZES on behalf of herself and all other similarly situated consumers,<br><br>                              Plaintiff,<br><br>- against -<br><br>NETWORK RECOVERY SERVICES, INC.,<br><br>                              Defendant. | CIVIL ACTION NO. 1:17-cv-06292 (FB)(JO)<br><br>**STIPULATION OF**<br>**DISMISSAL WITH PREJUDICE** |

 IT IS HEREBY STIPULATED, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, that this action is hereby dismissed with prejudice and without costs to either party.

 IT IS FURTHER STIPULATED AND AGREED that this stipulation may be signed in counterparts, and scanned, facsimile or photocopy signatures shall be deemed originals.

Dated: New York, New York
       June 26, 2018

| ADAM J. FISHBEIN, P.C. | EPSTEIN BECKER & GREEN, P.C. |
|---|---|
| By: /s/*Adam J. Fishbein*<br>     Adam J. Fishbein, Esq.<br>     735 Central Avenue<br>     Woodmere, New York 11598<br>     Telephone: (212) 675-6161<br>     Fax: (516) 668-6945<br>     *Attorneys for Plaintiff* | By: /s/*James S. Frank*<br>     James S. Frank<br>     Lori A. Medley<br>     250 Park Avenue<br>     New York, New York 10177<br>     Telephone: (212) 351-4500<br>     Fax: (212) 878-8600<br>     *Attorneys for Defendant* |

SO ORDERED:

_____
U.S.D.J.